### Philip A. WILSON, Appellant

v.

### MISSOURI LOCAL GOVERNMENT EMPLOYEES RETIREMENT SYSTEM, Respondent.

#### No. WD 74084.

Missouri Court of Appeals,
Western District.

Sept. 11, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2012.

Application for Transfer Denied Dec. 18, 2012.

Donald Petty, Liberty, MO, for Appellant.

Tyson Ketchum, Kansas City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J., GARY D. WITT, J., and OWEN L. HULL, SP. J.

## ORDER

PER CURIAM:

Mr. Philip A. Wilson appeals the decision of the Local Government Employees Retirement System Board denying non-duty disability retirement benefits because his application was untimely.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).